### A. G. KING v. HOOPER MOTOR CO.
### 8 Div. 557.

Supreme Court of Alabama.

Dec. 21, 1933.

D. Isbell, of Guntersville, for petitioner.

Claud D. Scruggs, of Guntersville, opposed.

PER CURIAM.

Petition of A. G. King for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in King v. Hooper Motor Co., 25 Ala. App. 571, 151 So. 598.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.